THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Eugene Fortune,       
Appellant.
 
 
 

Appeal From Lee County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2004-UP-106
Submitted December 23, 2003  Filed 
 February 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of 
 Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Fortune pled guilty 
 to four counts of distribution of crack cocaine within the proximity of a school.  
 He was sentenced to ten-years imprisonment on each count, the sentences to run 
 concurrently.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Fortunes counsel attached a petition to be relieved as counsel.  Fortune did 
 not file a pro se response. 
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Fortunes appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and KITTRIDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.